IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PANDORIA SHIRD, on behalf of herself and all similarly situated persons, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 1:22-cv-999-CFC-CJB ) |
| DUKE ENERGY CORPORATION, | ) ) ) |
| Defendant. | ) |

**[PROPOSED] ORDER ON JOINT MOTION FOR SETTLEMENT APPROVAL OF THE COLLECTIVE ACTION AND TO DISMISS ACTION WITH PREJUDICE**

THIS MATTER came before the Court upon the parties Joint Motion for Settlement Approval. Having reviewed the Motion and all accompanying papers, and the Court being otherwise fully advised, it is

**ORDERED AND ADJUDGED** as follows:

The Motion is GRANTED. The Court finds that the Settlement reached by the parties in this FLSA action is fair, reasonable, and just resolution to a *bona fide* dispute.

1. The Settlement Agreement is APPROVED, including the Service/General Release Payments, Attorneys' Fees and Costs, and Releases as set forth in the Settlement Agreement.

2. This Action is DISMISSED WITH PREJUDICE.

3. Without affecting the finality of this Order in any way, this Court RETAINS JURISDICTION over the parties to this action for the purpose of the administration and enforcement of the Settlement until the conclusion of the settlement administration process with Settlement Administrator Simpluris, Inc.

4. The case is closed and all other pending motions are denied as moot.

So ORDERED this 17th day of ~~May~~ October, 2023.

_____
The Honorable Colm Connolly
Chief United States District Court Judge